On petition for review submitted December 16, 1992,* petition for review allowed, decision of the Court of Appeals vacated, case remanded to the Court of Appeals for further consideration May 27, 1993

CITY OF EUGENE,
*Petitioner on Review,*

v.

Kathy Kay KRUK,
*Respondent on Review.*

(DC 91-50006; CA A71272; SC S39777)

851 P2d 1140

Jens Schmidt, of Harrang Long Watkinson Arnold & Laird, P.C., Eugene, filed the petition for petitioner on review. With him on the petition was James E. Mountain, Jr.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in the light of *City of Portland v. Jackson*, 316 Or 143, 850 P2d 1093 (1993).

_____

* Appeal from Lane County District Court, Bryan T. Hodges, Judge (Trial), and Frank R. Alderson, Judge (Demurrer). 115 Or App 494, 839 P2d 250 (1992).